AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>THE PREMISES LOCATED AT:<br>1631 Irvine Avenue, Unit C, Costa Mesa, California 92627 | Case No.   2:21-MJ-779 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for____days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    February 13, 2021 10:50 a.m.                    *[signature]*
                                                                                                          *Judge's signature*

City and state:    Los Angeles, CA                    Honorable Jean Rosenbluth
                                                                                              *Printed name and title*

AUSA: Ali Moghaddas

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 2/16/2021 @ 0600 | Copy of warrant and inventory left with: LAURA SECOR (HEAD OF HOUSEHOLD) |
| Inventory made in the presence of: | SA DANIEL DALES, LAURA SECOR | |

Inventory of the property taken and name of any person(s) seized:

- BLACK SAMSUNG S/N: RFCNA0Y950H
- BLACK USB 3.0 CARD READER
- MULTI-TOOL
- BLACK MACE
- BODY ARMOR PLATES (4)
- GO PRO CAMERA
- WHITE TOWER COMPUTER

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/16/2021

*Executing officer's signature*

DANIEL DALES / SPECIAL AGENT
*Printed name and title*